# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 14, 2021

## NO. 03-19-00388-CR

## In re Guadalupe Padilla

### APPEAL FROM THE 167TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
### AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the trial court's order denying subsequent postconviction forensic DNA testing. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order denying subsequent postconviction forensic DNA testing. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.